IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:07cr62

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| GROVER RATLIFF ) | |
| ) | |

**THIS MATTER** is before the Court upon motion of the government to dismiss the indictment, pursuant to Fed. R. Crim. P. 48(a). (Doc. No. 28).

**IT IS, THEREFORE, ORDERED** that the government is granted leave to dismiss the indictment in the above captioned case without prejudice.

The Clerk is directed to certify copies of this order to the defendant, counsel for the defendant, and the United States Attorney.

Signed: January 16, 2008

Robert J. Conrad, Jr.
Chief United States District Judge